11/23/2009

Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey  07102
Attn:  Bankruptcy Court
       Judge Stern

RE: Notice of Appearance and Request for Service of Notice
    Case # 09-33772-MS
    Shaketa Brown

Dear Judge Stern:

My name is Amina R. Ahmad.  I am the domestic partner of the Debtor, Shaketa Brown, and co-owner of the property listed on the petition as 55 N. 21st Street, East Orange, New Jersey.  I have a copy of her Bankruptcy petition, as we are currently in litigation, and she has filed her petition incorrectly.  She has listed ownership of the property incorrectly, excluded financial information, answered questions incorrectly, excluded and undervalued personal property.

According to her attorney, I am considered a "creditor" due to our litigation (case # FM-07-2554-08) but I am not listed as a creditor or co-owner on her petition.  Therefore, I have been denied my right to attend a 341 Meeting.  I understand a Confirmation Hearing for Shaketa Brown is to be scheduled, kindly forward a notice to me of that date to the address listed below as I would like to attend.

**Amina R. Ahmad**
**70 Warrington Place**
**East Orange, N.J.   07017**


Thank you in advance.



Respectfully,

Amina R. Ahmad