UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**CAD-4425**
PHELAN HALLINAN & SCHMIEG, PC
By:  Jennifer Novick JN2743
400 Fellowship Road, Suite 100
Mt. Laurel, New Jersey 08054-3422
(856) 813-5500
<u>Attorneys for Secured Creditor: US Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 c/o Chase Home Finance, LLC</u>

*Order Filed on 03/05/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

In Re:

SHAKETA BROWN

Case No.: 09-33772-MS

Hearing Date: February 18, 2010, at 11:00 a.m.

Judge: Morris Stern

**ORDER VACATING STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 03/05/2010**

_____
Honorable Morris Stern
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan & Schmieg, PC, attorneys for US Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 c/o Chase Home Finance, LLC, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay and co-debtor stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property more fully described as: 55 North 21st Street, East Orange, NJ, 07017.

It is further ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, Amina Ahmad to permit US Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 c/o Chase Home Finance, LLC to pursue its rights in the real property described above and as to the co-debtor.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.

*Approved by Judge Morris Stern March 05, 2010*