| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CAD-4425<br>PHELAN HALLINAN & SCHMIEG, PC<br>By:  Jennifer Novick JN2743<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, New Jersey 08054-3422<br>(856) 813-5500<br><u>Attorneys for Secured Creditor: US Bank National</u><br><u>Association, as Trustee for BNC Mortgage Loan Trust</u><br><u>2007-1, Mortgage Pass-Through Certificates, Series 2007-1</u><br><u>c/o Chase Home Finance, LLC</u> | Order Filed on<br>**03/05/2010**<br>by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>SHAKETA BROWN | Case No.: 09-33772-MS<br><br>Hearing Date: February 18, 2010, at 11:00 a.m.<br><br>Judge: Morris Stern |

### ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 03/05/2010**

_____
Honorable Morris Stern
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan & Schmieg, PC, attorneys for US Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 c/o Chase Home Finance, LLC, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay and co-debtor stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real Property more fully described as: 55 North 21st Street, East Orange, NJ, 07017.

It is further ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, Amina Ahmad to permit US Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 c/o Chase Home Finance, LLC to pursue its rights in the real property described above and as to the co-debtor.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.

*Approved by Judge Morris Stern March 05, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: whealy            Page 1 of 1              Date Rcvd: Mar 05, 2010
Case: 09-33772               Form ID: pdf903         Total Noticed: 1

The following entities were noticed by first class mail on Mar 07, 2010.
db           +Shaketa Brown,   55 N 21st St,   East Orange, NJ 07017-4807
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2010**                    **Signature:** *Joseph Speetjens*